WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendants, DIRECTV, LLC and AT&T Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JORGE OCHOA JR.,<br><br>              Plaintiff,<br><br>     vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., AT&T MOBILITY, LLC, DISH NETWORK, LLC, DIRECTV, LLC AND BACKGROUNDCHECKS.COM LLC,<br><br>              Defendants. | Case No.:  2: 22-cv-01430-ART-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff, Jorge Ochoa Jr. ("Plaintiff"), and Defendant, DIRECTV, LLC and AT&T Services, Inc. ("Defendants") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On September 2, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendants were served with Plaintiff's Complaint on September 6, 2022.  The deadline for Defendants to respond to Plaintiff's Complaint is September 27, 2022. The Parties have discussed extending the deadline for Defendants to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendants to file their responsive pleading to Plaintiff's Complaint to October 27, 2022.

This is the first motion for an extension of time for Defendants to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

1   As part of this motion, Defendants agree to participate in any Rule 26(f) conference that

2   occurs during the pendency of this extension.

3   DATED this 27th day of September, 2022.

4

5   WRIGHT, FINLAY & ZAK, LLP                FREEDOM LAW FIRM

6   */s/ Ramir M. Hernandez*                 */s/ Gerardo Avalos*
    Ramir M. Hernandez, Esq.                 Gerardo Avalos, Esq.
7   Nevada Bar No. 13146                     Nevada Bar No. 15171
    7785 W. Sahara Ave., Suite 200           8985 S. Eastern Ave., Suite 350
8   Las Vegas, NV 89117                      Las Vegas, NV 89123
9   *Attorneys for Defendant, DIRECTV, LLC and*   *Attorneys for Plaintiff, Jorge Ochoa Jr.*
    *AT&T Services, Inc.*

10

11

12

13

14   IT IS SO ORDERED:

15

16   _____
     UNITED STATES MAGISTRATE JUDGE
17

18   DATED:   September 28, 2022
            _____

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 27th day of September, 2022, to all parties on the CM/ECF service list.

                */s/ Lisa Cox*
                An Employee of WRIGHT, FINLAY & ZAK, LLP