WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendants, DIRECTV, LLC and AT&T Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JORGE OCHOA JR., | Case No.: 2: 22-cv-01430-ART-DJA |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |
| vs. | |
| NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., AT&T MOBILITY, LLC, DISH NETWORK, LLC, DIRECTV, LLC AND BACKGROUNDCHECKS.COM LLC, | |
| Defendants. | |

Plaintiff, Jorge Ochoa Jr. ("Plaintiff"), and Defendant, DIRECTV, LLC and AT&T Services, Inc. ("Defendants") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On September 2, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendants were served with Plaintiff's Complaint on September 6, 2022.  The original deadline for Defendants to respond to Plaintiff's Complaint was September 27, 2022. On September 28, 2022, the Court granted Defendant's Joint Motion to Extend Deadline to Respond to Plaintiff's Complaint, which was set October 27, 2022, as the new deadline [ECF No. 19].  The Parties have discussed extending the deadline for Defendants to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendants to file their responsive pleading to Plaintiff's Complaint to November 17, 2022.

This is the second motion for an extension of time for Defendants to file its responsive

pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

    As part of this motion, Defendants agree to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

    DATED this 27th day of October, 2022.

| WRIGHT, FINLAY & ZAK, LLP | KIND LAW |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Michael Kind* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, DIRECTV, LLC and AT&T Services, Inc.* | Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 S. Maryland Pkwy, Suite 106<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Jorge Ochoa Jr.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** on the 27th day of October, 2022, to all parties on the CM/ECF service list.

/s/ Lisa Cox
An Employee of WRIGHT, FINLAY & ZAK, LLP