Diana G. Dickinson, Esq.
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:           ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE OCHOA, JR.,<br><br>                Plaintiff,<br><br>      v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., AT&T MOBILITY, LLC, DISK NETWORK, LLC DIRECTV, LLC and BACKGROUNDCHECKS.COM LLC,<br><br>                Defendants. | Case No. 2:22-cv-01430-ART-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff JORGE OCHOA, JR. ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of December 27, 2022, up to and including **January 26, 2023.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

1  This is the first request for an extension of time to respond to the Complaint.  This request is
2  made in good faith and not for the purpose of delay.

Dated: December 27, 2022

Respectfully submitted,

*/s/ Michael Kind*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
JORGE OCHOA, JR.

Dated:  December 27, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: December 29, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4862-0722-6180.1 / 107811-1026