1  DIANA G. DICKINSON, ESQ.
   Bar No. 13477
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email:       ddickinson@littler.com

6  Attorney for Defendant
   BACKGROUNDCHECKS.COM LLC
7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 JORGE OCHOA, JR.,                                Case No. 2:22-cv-01430-ART-DJA

11              Plaintiff,

12     v.                                           **STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**
13 NATIONAL CONSUMER TELECOM &
   UTILITIES EXCHANGE, INC., AT&T
14 MOBILITY, LLC, DISK NETWORK, LLC
   DIRECTV, LLC and                                 **[SECOND REQUEST]**
15 BACKGROUNDCHECKS.COM LLC,

16              Defendants.

17

18     Plaintiff JORGE OCHOA, JR. ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM

19 LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend

20 the time for Defendant to file a response to the Complaint from the current deadline of January 26,

21 2023, up to and including **February 27, 2023.**

22     This is the second request for an extension of time to respond to the Complaint. The requested

23 extension is necessary in light of the fact the parties have begun discussions regarding the scope and

24 handling of the case and potential resolution of this matter. The additional time will allow the parties

25 to complete these discussions for efficiency before having to engage in motion practice.

26

27 / / /

28 / / /

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: January 26, 2023

Respectfully submitted,

/s/ Michael Kind
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
JORGE OCHOA, JR.

Dated: January 26, 2023

Respectfully submitted,

/s/ Diana G. Dickinson
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: January 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE

4857-3076-0012.1 / 107811-1026