1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16
17

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

18
19
20
21
22
23

| | |
|---|---|
| Jorge Ochoa Jr., <br>         Plaintiff, <br> v. <br> National Consumer Telecom & Utilities Exchange, Inc. et al, <br>         Defendants. | Case No.: 2:22-cv-01430-ART-DJA <br><br> **ORDER APPROVING** <br><br> **Stipulation for dismissal of Directv, LLC and AT&T Mobility LLC. with prejudice** |

24
25
26
27

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jorge Ochoa Jr. and Directv, LLC and AT&T Mobility LLC. stipulate to dismiss Plaintiff's claims against Directv, LLC and AT&T Mobility LLC. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 13, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jorge Ochoa Jr.*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Ramir Hernandez
Ramir Hernandez, Esq.
Christina Miller, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Counsel for Directv, LLC and AT&T Mobility LLC.*

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Court Judge

DATED:  April 17, 2023